

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00059-CV

| | | |
|---|---|---|
| CORIE LANCE BARRON, Appellant | § | On Appeal from County Court at Law No. 1 |
| V. | § | of Tarrant County (2024-005222-1) |
| | § | July 17, 2025 |
| MARKUS THOMASON, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Corie Lance Barron's motion to dismiss is reversed, and we render judgment dismissing for want of jurisdiction Markus Thomason's claims against him.

It is further ordered that Markus Thomason shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell